COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John Daniel Brooks v. The State of Texas

Appellate case number:   01-15-00062-CR

Trial court case number:  330063

Trial court:                263rd District Court of Harris County

On October 13, 2015, this Court issued an order, abating the appeal and directing the trial court to determine whether the trial court's certification of the right to appeal was correct. On November 18, 2015, a supplemental clerk's record was filed, containing another trial court certification indicating that appellant, John Daniel Brooks, has the right to appeal. The trial court also found appellant was indigent and appointed Cheri Duncan as counsel.

We reinstate the appeal and place it back on the active docket. Appellant's brief is due 30 days from the date of this order. The State's brief will be due 30 days after appellant's brief is filed.

It is so ORDERED.


Judge's signature: /s/ <u>Rebeca Huddle</u>
                    ☒  Acting individually     ☐ Acting for the Court


Date:  November 24, 2015